IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   )
                             )
        v.               ) Criminal No. 09-109
                             )
TRACI DENISE DAVIS,      )
    Defendant.       )

ORDER

AND NOW, this 8th day of October, 2009, the Court

having been advised that the above defendant wishes to

change her plea of not guilty, entered April 28, 2009, IT

IS HEREBY ORDERED that a hearing on defendant's change of

plea is set for Monday, November 23, 2009 at 2:30 p.m.

in Courtroom #3A, 3rd floor, United States Courthouse,

Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster_____,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:   Gregory C. Melucci,
      Assistant United States Attorney

      Derwin Rushing, Esquire
      901 Western Avenue
      Pittsburgh, PA 15233

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation